UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:02-cr-00062-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| EDWARD JAMES TILLERY | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 51, the attached exhibits, and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 23rd day of March 2015.

MALCOLM J. HOWARD
Senior United States District Judge