UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:02-CR-62-H

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EDWARD JAMES TILLERY | ORDER |

On motion of the Defendant, Edward James Tillery, and for good cause shown, it is hereby ORDERED that [DE-53] be sealed until further notice by this Court. The grounds for this Order are found at [DE-53].

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the Assistant United States Attorney and Counsel for the Defendant.

IT IS SO ORDERED this 23rd day of March 2015.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE